JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| ISSAC TAFOYA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AECOM, Inc., a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **CASE NO.:　CV 18-4113-GW(PLAx)**<br><br>[Assigned for all purposes to the Hon. George H. Wu]<br><br>**ORDER RE JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:　March 23, 2018 |

1. Whereas, in consideration for Plaintiff's agreement to dismiss this action with prejudice, Defendant agrees to waive costs and fees incurred in defending this action.
2. Whereas, in consideration for Defendant's agreement to waive costs and fees incurred in defending this action, Plaintiff agrees to dismiss this action with prejudice.
3. Whereas, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED as follows:

The subject action shall be dismissed, with prejudice, and the parties shall each pay their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 3, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE